# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-1022
_____

Steven Blakeney

*Plaintiff - Appellant*

v.

City of Pine Lawn, Missouri; Sylvester Caldwell; Brian Krueger; Donnell Smith;
Willie Epps; Clarence Harmon; LaShawn Colquitt; Anthony Gray; Paul Rinck;
John Struckhoff; Missouri Public Entity Risk Management Fund; Donnell Smith
and Associates, LLC, doing business as Smith & Associates, LLC

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: November 7, 2022
Filed: November 10, 2022
[Unpublished]
_____

Before LOKEN, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Steven Blakeney sued the City of Pine Lawn, several city officials, and the city's insurance carrier. He appeals the district court's[1] judgment against him. Having carefully reviewed the record and the parties' arguments on appeal, we affirm. *See* 8th Cir. R. 47B; *see also Liteky v. United States*, 510 U.S. 540, 555 (1994) (explaining that adverse rulings do not mandate recusal unless the judge demonstrates "such a high degree of . . . antagonism as to make fair judgment impossible"); *In re Pre-Filled Propane Tank Antitrust Litig.*, 860 F.3d 1059, 1063 (8th Cir. 2017) (en banc) (reviewing a dismissal for failure to state a claim de novo).

————————————————

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the Eastern District of Missouri.